No. 71–17.  TUMMINELLO *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–226.  JERSEY CITY EDUCATION ASSN. ET AL. *v.* NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–292.  BALLEW ET AL. *v.* ROBINSON ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–302.  RATLIFF ET AL. *v.* COOPER LABORATORIES, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–310.  LYZUN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–317.  SWORDS, ADMINISTRATRIX *v.* AMERICAN SEALANES, INC.  C. A. 4th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–358.  EPTON *v.* NENNA, WARDEN.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.